**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Robert MORRISON, Defendant—**
**Appellant.**

**No. 03–10147.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 10, 2004.*

Decided May 18, 2004.

Peter S. Sexton, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Alex Gonzalez, Gonzalez & Smith, Mesa, AZ, Alex D. Gonzalez, Tempe, AZ, for Defendant–Appellant.

Before: CANBY, KOZINSKI and PAEZ, Circuit Judges.

## MEMORANDUM [**]

Robert Morrison appeals his guilty-plea conviction and 16–month sentence for one count of failure to pay child support, in violation of 18 U.S.C. § 228(a)(3). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Morrison has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Morrison has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).